NUMBER 13-03-416-CR



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG


___________________________________________________________________


LETICIA G. CASTILLO, Appellant,


v.



THE STATE OF TEXAS, Appellee.

___________________________________________________________________


On appeal from the 36th District Court


of San Patricio County, Texas.


____________________________________________________________________


MEMORANDUM OPINION



Before Justices Rodriguez, Castillo, and Garza


Opinion Per Curiam



 Appellant seeks to appeal from an order continuing defendant on community
supervision. We dismiss the appeal for want of jurisdiction.

 In Basaldua v. State, 558 S.W.2d 2 (Tex. Crim. App. 1977), the Court held that
a defendant may not appeal from an order continuing a defendant on probation with
amended terms and conditions. There is neither constitutional nor statutory authority
which would confer jurisdiction on this Court to hear an appeal from an order
modifying probationary conditions. Basaldua, 558 S.W.2d at 5.

 Accordingly, the appeal is DISMISSED FOR WANT OF JURISDICTION.

 PER CURIAM

Do not publish.

Tex. R. App. P. 47.2(b).


Opinion delivered and filed this

the 6th day of November, 2003.